United States District Court
Southern District of Texas

**ENTERED**

March 15, 2019

David J. Bradley, Clerk

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | | |
|---|---|---|
| EDDIE PICASSO,<br>        Plaintiff, | §<br>§<br>§ | |
| v. | §<br>§ | Civil Action No. 1:17-cv-00171 |
| REX W. TILLERSON,<br>Secretary of State, *et al.*,<br>        Defendants. | §<br>§<br>§<br>§ | |

### ORDER

On January 17, 2019, the Court issued an Order (Docket No. 27) abating all deadlines in the above-captioned case. The Court is in receipt of the parties' "Unopposed Notice of Restoration of Appropriations and Motion to Lift Stay" (hereafter "Unopposed Motion") (Docket No. 28). Accordingly, the Court hereby **LIFTS THE STAY**. The parties are instructed to comply with the deadlines set forth in the Scheduling Order (Docket No. 29).

Signed on this 15th day of March, 2019.

Rolando Olvera
United States District Judge